### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

BRADLEE RATLIFF,
ADC #128371                                                                                          PLAINTIFF

v.                                          2:14CV00133-JM-JTK

DANNY BURL, et al.                                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's Complaint against Defendants is DISMISSED, for failure to state a claim upon which relief may be granted.

2.   This dismissal constitutes a "strike" within the meaning of the PLRA.

3.   The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 27th day of January, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE